No. 1082.  ST. LOUIS & SAN FRANCISCO RAILROAD COMPANY, PETITIONER, *v.* W. A. HERR, ADMINISTRATOR, ETC.  April 22, 1912.  Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied.  *Mr. H. Generes Dufour, Mr. L. Russell Alden, Mr. Walter F. Evans* and *Mr. E. T. Miller* for the petitioner.  No appearance for the respondent.

---

No. 1083.  SALMEN BRICK & LUMBER COMPANY, LIMITED, PETITIONER, *v.* DONALD & TAYLOR.  April 22, 1912. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied.  *Mr. John D. Grace* and *Mr. Gustave Lemle* for the petitioner.  No appearance for the respondent.

---

No. 1087.  WILLIAM R. HOPKINS ET AL., PETITIONERS, *v.* CHARLES HEBARD ET AL.  April 29, 1912.  Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit granted.  *Mr. C. Bentley Matthews* for the petitioners.  *Mr. William A. Stone* and *Mr. John Franklin Shields* for the respondents.